# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 17, 2022

## NO. 03-22-00016-CV

**Barry Rinke, Lori Helmers, Jimmy Mansour, Virginia Liverman, Brian Liverman, Tracy Bethel, Danner Bethel, Kasha Bartholomew, Rob Wendt, Pat Haragan, Mary Haragan, Kelly Redding, Scott Redding, Alan Howry, Catherine Howry, Debbie Esterak, Heath Esterak, Jennifer Hartmann, Stephanie Kinchloe, Sarah Baker, Kerri Gerri, Angela Benkendorfer, Scott Benkendorfer, Josiah Sternfeld, Sheena Sternfeld, Claire Brickman, Mike Meroney, and Shannon Meroney, Appellants**

**v.**

**Hyde Park Baptist Church, Appellee**

---

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
### DISMISSED ON APPELLANTS' MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on October 12, 2021. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.